**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____   Chapter   **7**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **MENZA FOODS, LLC** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **20-2086687** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **340 Shore Drive** <br> **Burr Ridge, IL 60527** <br> Number, Street, City, State & ZIP Code | <br><br> P.O. Box, Number, Street, City, State & ZIP Code |
| | | **DuPage** <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br><br> ☐ Partnership (excluding LLP) <br><br> ☐ Other. Specify: _____ |

Debtor    **MENZA FOODS, LLC**                                                    Case number (*if known*) _____
    Name

**7.**    **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    **3119**

**8.**    **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.**    **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| | District | | When | | Case number |
|---|---|---|---|---|---|
| | _____ | | _____ | | _____ |
| | District | | When | | Case number |
| | _____ | | _____ | | _____ |

**10.**    **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

☑ Yes.

| | Debtor | **Stephen A. Menza** | Relationship | **majority member** |
|---|---|---|---|---|
| | District | **ND IL**    When    **1/23/17** | Case number, known | **17-01833** |

| Debtor | **MENZA FOODS, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

**11. Why is the case filed in this district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
　What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**

　　Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency
　　　Contact name
　　　Phone

---

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds**

.   *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **MENZA FOODS, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **March  3, 2017**
MM / DD / YYYY

**X** /s/ Stephen A. Menza
Signature of authorized representative of debtor

**Stephen A. Menza**
Printed name

Title  **President/Managing member**

---

**18. Signature of attorney**

**X** /s/ David R. Brown
Signature of attorney for debtor

Date  **March  3, 2017**
MM / DD / YYYY

**David R. Brown**
Printed name

**Springer Brown, LLC**
Firm name

**300 S. County Farm Road
Suite I
Wheaton, IL 60187**
Number, Street, City, State & ZIP Code

Contact phone  **630-510-0000**    Email address  **www.springerbrown.com**

**3122323**
Bar number and State

---

Debtor    MENZA FOODS, LLC                                                    Case number (if known)
         Name

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    03/03/2017
               MM / DD / YYYY

X _____         Stephen A. Menza
    Signature of authorized representative of debtor         Printed name

Title    **President/Managing member**

---

**18. Signature of attorney**

X _____         Date    03/03/2017
    Signature of attorney for debtor                      MM / DD / YYYY

**David R. Brown**
Printed name

**Springer Brown, LLC**
Firm name

**300 S. County Farm Road**
**Suite I**
**Wheaton, IL 60187**
Number, Street, City, State & ZIP Code

Contact phone    630-510-0000        Email address    www.springerbrown.com

3122323
Bar number and State

---

**Fill in this information to identify the case:**

Debtor name  **MENZA FOODS, LLC**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☒   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☒   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☒   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☒   *Schedule H: Codebtors* (Official Form 206H)
☒   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended Schedule _____
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   _03/03/2017_    X _____
                                   Signature of individual signing on behalf of debtor

                                 **Stephen A. Menza**
                                 Printed name

                                 **President/Managing member**
                                 Position or relationship to debtor

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

Debtor    **MENZA FOODS, LLC**                                              Case number *(if known)* _____

■  No
☐  Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐  No
☐  Yes. Identify below.

Name of the parent corporation                                    Employer Identification number of the parent corporation

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐  No
☐  Yes. Identify below.

Name of the parent corporation                                    Employer Identification number of the parent corporation

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    03/03/2017

_____            **Stephen A. Menza**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **President/Managing member**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☐  No
☐  Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **MENZA FOODS, LLC**

_____
Debtor(s)

Case No. _____

Chapter    **7**    _____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 2,500.00 |
| Prior to the filing of this statement I have received | $ | 2,500.00 |
| Balance Due | $ | 0.00 |

2. $ **335.00**  of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor    ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

03-03-17
_____
Date

_signature_

**David R. Brown 3122323**
_Signature of Attorney_
**Springer Brown, LLC**
**300 S. County Farm Road**
**Suite I**
**Wheaton, IL 60187**
**630-510-0000  Fax: 630-510-0004**
**www.springerbrown.com**
_Name of law firm_

---

# United States Bankruptcy Court
## Northern District of Illinois

In re   __MENZA FOODS, LLC_____    Case No. _____

                                    Debtor(s)                         Chapter    __7_____

# VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ __117__

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: __03/03/2017_____        _____
                                          **Stephen A. Menza/President/Managing member**
                                          Signer/Title

**Fill in this information to identify the case:**

Debtor name    **MENZA FOODS, LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)   _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration  _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   __March  3, 2017__          X /s/ Stephen A. Menza
                                           Signature of individual signing on behalf of debtor

                                           **Stephen A. Menza**
                                           Printed name

                                           **President/Managing member**
                                           Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name __**MENZA FOODS, LLC**__

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF ILLINOIS__

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    **12/15**

| Part 1: | Summary of Assets |
| --- | --- |

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.......................................................................................... $ _____ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*........................................................................................ $ _____ 200,000.00

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.......................................................................................... $ _____ 200,000.00

| Part 2: | Summary of Liabilities |
| --- | --- |

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $ _____ 8,063,652.28

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................... $ _____ 0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................. +$ _____ 5,260,045.05

4. **Total liabilities** ...........................................................................................................................
   Lines 2 + 3a + 3b

   $ _____ 13,323,697.33

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **MENZA FOODS, LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☒ No.  Go to Part 2.
☐ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

Current value of
debtor's interest

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☒ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☒ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

☒ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☒ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

19.     **Raw materials**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    **MENZA FOODS, LLC**                                    Case number *(If known)* _____
          Name

| **mostly cooked fish** | _____ | **$14,024.00** | cost | **$0.00** |
|---|---|---|---|---|

| **mostly packaging materials w/ brand names on them** | _____ | **$10,196.00** | cost | **$0.00** |
|---|---|---|---|---|

20.    **Work in progress**

21.    **Finished goods, including goods held for resale**
       **unsold goods**                            **$1,513.00**   **Comparable sale**            **$0.00**

22.    **Other inventory or supplies**

23.    **Total of Part 5.**                                                      **$0.00**
       Add lines 19 through 22.  Copy the total to line 84.

24.    **Is any of the property listed in Part 5 perishable?**
       ■ No
       ☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
       ■ No
       ☐ Yes. Book value  _____   Valuation method   _____   Current Value   _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 6:**   **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No.  Go to Part 7.
   ☐ Yes Fill in the information below.

**Part 7:**   **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ■ No.  Go to Part 8.
   ☐ Yes Fill in the information below.

**Part 8:**   **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ☐ No.  Go to Part 9.
   ■ Yes Fill in the information below.

| **General description**<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest**<br>(Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|

47.    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
       floating homes, personal watercraft, and fishing vessels

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **MENZA FOODS, LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

**49.** **Aircraft and accessories**

**50.** **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | |
|---|---|---|
| **Multivac packaging machine model T 800** | $0.00 | $200,000.00 |
| **leased Auto-Chlor dishwashing machine** | $0.00 | $0.00 |
| **leased Nitrogen tank from Air Liquide** | $0.00 | $0.00 |

**51.** **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$200,000.00

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**

■ No
☐ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 9:** **Real property**

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

**55.** **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **Cryovac T400 shrink wrap machine on no-cost lease from Cryovac. If enough product bought, no monthly charge - else, underusage fees.** | **lease interest** | $0.00 | | $0.00 |

**56.** **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

$0.00

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

**58.** **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **MENZA FOODS, LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

■ No
☐ Yes

**Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** tradename "Firenze" | **$0.00** | | **$0.00** |
| 65. **Goodwill** | | | |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| | |
|---|---|
| | **$0.00** |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
■ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

**All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **MENZA FOODS, LLC** | Case number *(If known)* |
|---|---|---|
| | Name | |

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $200,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.....................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $200,000.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $200,000.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **MENZA FOODS, LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an
   amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

| 2.1 | **Cryovac** | | |
|---|---|---|---|
| | Creditor's Name | | |
| | **100 Rogers Bridge Rd**<br>**Building A**<br>**Duncan, SC 29334** | Describe debtor's property that is subject to a lien<br>**Multivac T400 machine purchase** | $72,788.28 | $0.00 |
| | Creditor's mailing address | | |

Describe the lien

Is the creditor an insider or related party?

☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2014**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed

| 2.2 | **Daniel Barry** | | |
|---|---|---|---|
| | Creditor's Name | | |
| | **26 W 292 Tuckaway Court**<br>**Winfield, IL 60190** | Describe debtor's property that is subject to a lien<br>**blanket lien on all assets** | $3,292,500.00 | $0.00 |
| | Creditor's mailing address | | |

Describe the lien
**UCC-1**

Is the creditor an insider or related party?

☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **MENZA FOODS, LLC**                                                Case number (if know) _____
_____
Name

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Eric Ostermeier** | Describe debtor's property that is subject to a lien | **$1,155,864.00** | **$0.00** |

Creditor's Name

**524 Flock Avenue
Naperville, IL 60565**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**12/1/13**

**Last 4 digits of account number**
**2010**

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**guaranty of Menza Foods note**

**Describe the lien**
**Citation to Discover Assets**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Multivac, Inc.** | Describe debtor's property that is subject to a lien | **$175,000.00** | **$200,000.00** |

Creditor's Name

**11021 NW Pomona Ave.
Kansas City, MO 64153**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Multivac packaging machine model T 800**

**Describe the lien**
**lease/security agreement**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Retail Capital d/b/a Credibly** | Describe debtor's property that is subject to a lien | **$75,000.00** | **$0.00** |

Creditor's Name

**1250 Kirts Blvd
Suite 100
Troy, MI 48084**

Creditor's mailing address

**accounts receivable**

**Describe the lien**
**receivables factoring arrangement**
**Is the creditor an insider or related party?**
■ No

---

Debtor    **MENZA FOODS, LLC**

Name                           Case number (if know)

---

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

**Last 4 digits of account number**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.6 | **William T. Barry** | | Describe debtor's property that is subject to a lien | $3,292,500.00 | $0.00 |

Creditor's Name

**blanket lien on all assets**

**1472 S. Prairie**
**Chicago, IL 60605**

Creditor's mailing address

**Describe the lien**

**UCC-1**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

**Last 4 digits of account number**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

3.   Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    **$8,063,652.28**

## Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Retail Capital d/b/a Credibly**<br>**915 Broadway**<br>**Suite 1003**<br>**New York, NY 10010** | Line   **2.5** | |

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Fill in this information to identify the case: |
| :--- |

Debtor name   **MENZA FOODS, LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ■ No. Go to Part 2.

    ☐ Yes. Go to line 2.

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
    out and attach the Additional Page of Part 2.

| | | | Amount of claim |
| :--- | :--- | :--- | ---: |

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$180,000.00** |
| :--- | :--- | :--- | ---: |
| | **340 Shore Drive LLC**<br>**1241 Shoreline Drive**<br>**Willowbrook, IL 60527** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  <u>unpaid rent</u><br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$18,669.00** |
| :--- | :--- | :--- | ---: |
| | **Air Liquide Industrial US, LP**<br>**2700 Post Oak Blvd.**<br>**Houston, TX 77056** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  <u>supplies gases to business</u><br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$41,200.75** |
| :--- | :--- | :--- | ---: |
| | **American Express**<br>**PO Box 0001**<br>**Los Angeles, CA 90096-8000** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  <u>business credit card</u><br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,612.00** |
| :--- | :--- | :--- | ---: |
| | **Arco Plumbing Co.**<br>**206 N Cass Ave**<br>**Westmont, IL 60559** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  <u>service to Menza Foods</u><br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **MENZA FOODS, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$770.00** |
|---|---|---|---|

**Atlas Employment Services, Inc.**
**9458 W Irving Park Road**
**Schiller Park, IL 60176**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  services to Menza Foods

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$125,000.00** |
|---|---|---|---|

**Bronson & Bratton, Inc.**
**220 Shore Drive**
**Burr Ridge, IL 60527**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  investment in Menza Foods, LLC

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,212.50** |
|---|---|---|---|

**Bunge North America**
**2612 solution Center**
**Chicago, IL 60677-2006**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Menza Foods debt

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,700.00** |
|---|---|---|---|

**Butler Production Services**
**8737 W Chestnut Court**
**Frankfort, IL 60423**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  service to Menza Foods

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00** |
|---|---|---|---|

**Cathy L. Fregeau**
**269 Green Mountain**
**Bolingbrook, IL 60440**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred  5/1/09

Last 4 digits of account number _

Basis for the claim:  Menza Foods investment

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$509.72** |
|---|---|---|---|

**Chicago Suburban Express**
**PO Box 388568**
**Chicago, IL 60638**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  service to Menza Foods

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00** |
|---|---|---|---|

**Chris Clark**
**828 Vine Street**
**Park Ridge, IL 60068**

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  5108

Basis for the claim:  loan to Menza Foods

Is the claim subject to offset? ☒ No  ☐ Yes

---

Debtor   **MENZA FOODS, LLC**
Name

Case number (if known) _____

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,179.92 |
|---|---|---|---|

**Cintas Corporation**
**PO Box 88005**
**Chicago, IL 60680-1005**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **service to Menza Foods**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250,000.00 |
|---|---|---|---|

**Daniel Barry**
**26W292 Tuckaway Court**
**Winfield, IL 60190**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **investment in Menza Foods, LLC**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100,000.00 |
|---|---|---|---|

**David P. Clark**
**758 Elmore Street**
**Park Ridge, IL 60068**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred  5/1/08

Basis for the claim:  **loan to Menza Foods**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250,000.00 |
|---|---|---|---|

**Dennis Kladis**
**333 N. Canal Street**
**#3501**
**Chicago, IL**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **loan to Debtor**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,727.00 |
|---|---|---|---|

**Don Levy Laboratories**
**11165 Delaware Parkway**
**Crown Point, IN 46307**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **services to Menza Foods**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $187,908.00 |
|---|---|---|---|

**E. Michael and Karen Ostermeier**
**524 Flock Ave**
**Naperville, IL 60565**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred  9/1/13

Basis for the claim:  **investment in Menza Foods**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,893.25 |
|---|---|---|---|

**Eagle Products, Inc.**
**3661 South Iron**
**Chicago, IL 60609**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim:  **services to Menza Foods**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **MENZA FOODS, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$456,263.00** |
|---|---|---|---|

**Eric Ostermeier**
**524 Flock Avenue**
**Naperville, IL 60565**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **6/1/13**

Last 4 digits of account number __

Basis for the claim:  **Investment in Menza Foods, LLC**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$92,000.00** |
|---|---|---|---|

**ESM Investments, LLC**
**c/o Patrick J. Kelly, Esq.**
**20 E. Jefferson, Suite 24**
**Naperville, IL 60540**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Menza Foods debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,605.50** |
|---|---|---|---|

**Fornaro Law**
**1022 S. LaGrange Road**
**La Grange, IL 60525**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Legal services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,350.00** |
|---|---|---|---|

**Global Military Marketing**
**1288  Country Club Road**
**Gulf Breeze, FL 32563**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **2384**

Basis for the claim:  **vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$511.75** |
|---|---|---|---|

**Gordon Food Service**
**PO Box 88029**
**Chicago, IL 60680-1029**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Menza Foods vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$250,000.00** |
|---|---|---|---|

**Graeme Family Ltd. Partnership**
**120 E. 8th Street**
**Hinsdale, IL 60521**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **investment in Menza Foods, LLC**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$225.00** |
|---|---|---|---|

**Great Lakes Coca Cola**
**Distribution LLC**
**33076 Collection Center Drive**
**Chicago, IL 60680-0330**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Menza Foods vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **MENZA FOODS, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$14,121.31**

**Green Bay Packaging, Inc.**
**3601 Runge Street**
**Franklin Park, IL 60131**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **services/supplies to Menza Foods**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.27** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$165.00**

**GS1 US, Inc.**
**Dept 781271**
**PO Box 78000**
**Detroit, MI 48278-1271**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Menza Foods vendor**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,073.00**

**Harvey Pallets Inc.**
**PO Box 1155**
**Bedford Park, IL 60499-1155**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Menza Foods vendor**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.29** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$191.05**

**Impact Innovations, Inc.**
**PO Box 426**
**Clara City, MN 56222-2000**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Menza Foods vendor**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.30** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$300,000.00**

**John Wasz**
**550 Fairfield Drive**
**Louisville, KY 40206**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **investment in Menza Foods, LLC**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.31** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$65,000.00**

**Karen Brennan**
**3125 Griggsview Court**
**Columbus, OH 43221**

Date(s) debt was incurred  **9/1/08**
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **loan to Menza Foods**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.32** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$300,000.00**

**Kevin Dowdle**
**1834 N. Sedgwick**
**Chicago, IL 60614**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **investment in Menza Foods, LLC**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor    **MENZA FOODS, LLC**
Name

Case number *(if known)*

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $187,908.00 |

**Kevin S. Ostermeier**
**c/o Karen L. Ostermeier**
**524 Flock Avenue**
**Naperville, IL 60565**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **9/1/13**

Basis for the claim: **investment in Menza Foods**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,555.00 |

**L. Rogers Construction**
**PO Box 204**
**Downers Grove, IL 60515**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: **Menza Foods vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $128.00 |

**Major Appliance Service**
**4330 Prescott Avenue**
**Lyons, IL 60534**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: **Menza Foods vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,164.88 |

**Marlees Seafood, LLC**
**10 N Front Street**
**New Bedford, MA 02740**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: **Menza Foods vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $491.52 |

**McMaster-Carr**
**PO Box 7690**
**Chicago, IL 60680-7690**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: **Menza Foods vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $201,135.00 |

**Moose Joke, LLC**
**1241 Shoreline Drive**
**Aurora, IL 60504**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred **7/21/13**

Basis for the claim: **investment in Menza Foods**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,478.50 |

**National Lift Truck**
**3333 Mt. Prospect Road**
**Franklin Park, IL 60131**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: **services to Menza Foods**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **MENZA FOODS, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,419.40** |
|---|---|---|---|
| | **NSF International** | ☐ Contingent | |
| | **Dept. Lockbox #771380** | ☐ Unliquidated | |
| | **PO Box 77000** | ☑ Disputed | |
| | **Detroit, MI 48277-1380** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** **Menza Foods debt** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,396.84** |
|---|---|---|---|
| | **O'Brien Corporation** | ☐ Contingent | |
| | **3620 Swenson Avenue** | ☐ Unliquidated | |
| | **Saint Charles, IL 60174** | ☑ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** **Menza Foods vendor** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$12,160.20** |
|---|---|---|---|
| | **Old Hickory Smokehouse, Inc.** | ☐ Contingent | |
| | **1589 High Point Drive** | ☐ Unliquidated | |
| | **Elgin, IL 60123** | ☑ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** **Menza Foods vendor** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$500,000.00** |
|---|---|---|---|
| | **Patrick Walsh** | ☐ Contingent | |
| | **231 Eastern Avenue** | ☐ Unliquidated | |
| | **Clarendon Hills, IL 60514** | ☑ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** **loans to Menza Foods per notes dated 5/1/08 and 5/1/2013** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$11,509.75** |
|---|---|---|---|
| | **Pedersen & Houpt** | ☐ Contingent | |
| | **161 N. Clark Street** | ☐ Unliquidated | |
| | **Suite 2700** | ☑ Disputed | |
| | **Chicago, IL 60601** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** **legal services** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$576.40** |
|---|---|---|---|
| | **RAC Refrigeration Systems, Inc.** | ☐ Contingent | |
| | **19091 W Casey Road** | ☐ Unliquidated | |
| | **Libertyville, IL 60048** | ☑ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** **Menza Foods vendor** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,876.80** |
|---|---|---|---|
| | **Ron's Staffing Services** | ☐ Contingent | |
| | **666 Dundee Road** | ☐ Unliquidated | |
| | **Suite 103** | ☑ Disputed | |
| | **Northbrook, IL 60062** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** **Menza Foods vendor** | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| Debtor | **MENZA FOODS, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,331.71** |
|---|---|---|---|

**Ruprecht Company**
**1301 Allanson Road**
**Mundelein, IL 60060**

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Menza Foods vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$464.76** |
|---|---|---|---|

**Sesotec Inc.**
**1234 Hardt Circle**
**Bartlett, IL 60103**

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Menza Foods vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$195.20** |
|---|---|---|---|

**SPS Commerce, Inc.**
**333 South SEventh ST.**
**Suite 1000**
**Minneapolis, MN 55402**

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Menza Foods vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$125,000.00** |
|---|---|---|---|

**Stephen Passaneau**
**2020 N. Lincoln Park West**
**#36G**
**Chicago, IL 60614**

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Date(s) debt was incurred** **3/1/14**

**Last 4 digits of account number** _

Basis for the claim: **investment in Menza Foods, LLC ($50,000) and loan to debtor of ($75000)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$75,000.00** |
|---|---|---|---|

**Thomas J. Blew**
**1416 S. Prairie Ave**
**Chicago, IL 60605**

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Date(s) debt was incurred** **5/1/08**

**Last 4 digits of account number** _

Basis for the claim: **Menza Foods investment**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$12,500.00** |
|---|---|---|---|

**Thomas Jepsen**
**1412 Ridgewood Circle**
**Downers Grove, IL 60516**

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **investment in Menza Foods, LLC**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$39,778.25** |
|---|---|---|---|

**Thomas Jepsen, CPA, CFP**
**1412 Ridgewood Circle**
**Downers Grove, IL 60516**

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **accounting services to Menza Foods**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **MENZA FOODS, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,056.08** |
|---|---|---|---|

**Total Staffing Solutions**
**Po Box 5665**
**Naperville, IL 60567-5665**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Menza Foods supplier**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,754.28** |
|---|---|---|---|

**US Foods, Inc.**
**Box 98420**
**Chicago, IL 60693-8420**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Menza Foods supplier**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$495.01** |
|---|---|---|---|

**USF Holland**
**750 E. 40th Street**
**PO Box 9021**
**Holland, MI 49422**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Menza Foods vendor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$26,891.34** |
|---|---|---|---|

**WebBank**
**215 S. State Street**
**Suite 1000**
**Salt Lake City, UT 84111-1000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **7289**

Basis for the claim:  **credit card**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$85,000.00** |
|---|---|---|---|

**William Alberti**
**13413 Spectrum**
**Irvine, CA 92618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **business loan**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$600,000.00** |
|---|---|---|---|

**William Ryan**
**13413 Spectrum**
**Irvine, CA 92618**

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **investment in Menza Foods**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$300,000.00** |
|---|---|---|---|

**William T. Barry**
**1472 S. Prairie**
**Chicago, IL 60605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **loan to business**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **MENZA FOODS, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250,000.00 |
|---|---|---|---|

**William T. Barry Revocable Trust**
**1160 S. Michigan Ave.**
**Chicago, IL 60605**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **investment in Menza Foods, LLC**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,890.38 |
|---|---|---|---|

**Wingren Landscape, Inc.**
**5126 Walnut Avenue**
**Downers Grove, IL 60515**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Menza Foods services**

Is the claim subject to offset? ☑ No ☐ Yes

---

**Part 3:   List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Caine & Weiner**<br>**1699 East Woodfield Road**<br>**Suite 360**<br>**Schaumburg, IL 60173** | Line **3.26**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Caine & Weiner**<br>**1699 East Woodfield Road**<br>**Suite 360**<br>**Schaumburg, IL 60173** | Line **3.37**<br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Credit Corp Solutions, Inc.**<br>**180 Election Road**<br>**Suite 200**<br>**Draper, UT 84020** | Line **3.57**<br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Daniel J. Stoller**<br>**Korey Richardson LLC**<br>**20 S. Clark Street, Suite 500**<br>**Chicago, IL 60603** | Line **3.46**<br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Hunter Warfield, Inc.**<br>**4645 South Lakeshore Drive**<br>**#11**<br>**Tempe, AZ 85282-7152** | Line **3.40**<br>☐ Not listed. Explain ____ | _ |
| 4.6 | **John M. Coyne**<br>**651 Orchard Street**<br>**Suite 312**<br>**New Bedford, MA 02744** | Line **3.36**<br>☐ Not listed. Explain ____ | _ |
| 4.7 | **Mart Management**<br>**2090 Palm Beach Lakes Blvd.**<br>**Suite 701**<br>**West Palm Beach, FL 33409** | Line **3.36**<br>☐ Not listed. Explain ____ | _ |

| Debtor | **MENZA FOODS, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.8 | **Michael Davis Weis, Esq.**<br>**PO Box 1166**<br>**Northbrook, IL 60065-1166** | Line **3.39**<br>☐ Not listed. Explain ____ | _ |
| 4.9 | **Momkus McCluskey**<br>**1001 Warrenville Road**<br>**Suite 500**<br>**Lisle, IL 60532** | Line **3.41**<br>☐ Not listed. Explain ____ | _ |
| 4.10 | **Stein & Rotman** | Line **3.12**<br>☐ Not listed. Explain ____ | _ |
| 4.11 | **Stein & Rotman**<br>**77 W. Washington St.**<br>**Suite 1105**<br>**Chicago, IL 60602-2801** | Line **3.55**<br>☐ Not listed. Explain ____ | _ |
| 4.12 | **Synter Resource Group LLC**<br>**5935 Rivers Ave**<br>**Suite 102**<br>**Charleston, SC 29406-6071** | Line **3.56**<br>☐ Not listed. Explain ____ | _ |
| 4.13 | **Transworld**<br>**507 Prudential Rd.**<br>**Horsham, PA 19044** | Line **3.49**<br>☐ Not listed. Explain ____ | _ |

**Part 4:**  **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 5,260,045.05 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 5,260,045.05 |

**Fill in this information to identify the case:**

Debtor name    **MENZA FOODS, LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
      ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
      ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.    State what the contract or lease is for and the nature of the debtor's interest | **exclusive supply agreement (as amended) for supply of nitrogen.** |
|         State the term remaining | **expired November 1, 2016** |
|         List the contract number of any government contract | **Air Liquide Industrial US, LP**<br>**2700 Post Oak Blvd.**<br>**Houston, TX 77056** |
| 2.2.    State what the contract or lease is for and the nature of the debtor's interest | **automatic dishwashing machine lease** |
|         State the term remaining | |
|         List the contract number of any government contract | **Auto-Chlor System of Mid South Chic**<br>**2295 S Mount Prospect Rd**<br>**Des Plaines, IL 60017** |
| 2.3.    State what the contract or lease is for and the nature of the debtor's interest | **busness lease of premises at 340 Shore Drive, Burr Ridge, IL** |
|         State the term remaining | **4 months** |
|         List the contract number of any government contract | **LC&F Enterprises, Inc.**<br>**c/o Lonnie Peterson**<br>**20 Willow Bay Road**<br>**South Barrington, IL 60010** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name      **MENZA FOODS, LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)*

☐ Check if this is an
    amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                   12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
    creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
    on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Stephen A. Menza** | **30 Gilbert Ave. Clarendon Hills, IL 60514** | **American Express** | ☐ D _____<br>■ E/F  **3.3**<br>☐ G _____ |
| 2.2 | **Stephen A. Menza** | **30 Gilbert Ave. Clarendon Hills, IL 60514** | **Retail Capital d/b/a Credibly** | ■ D  **2.5**<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **Stephen A. Menza** | **30 Gilbert Ave. Clarendon Hills, IL 60514** | **William T. Barry** | ☐ D _____<br>■ E/F  **3.60**<br>☐ G _____ |
| 2.4 | **Stephen A. Menza** | **30 Gilbert Ave. Clarendon Hills, IL 60514** | **American Express** | ☐ D _____<br>■ E/F  **3.3**<br>☐ G _____ |
| 2.5 | **Stephen A. Menza** | **30 Gilbert Ave. Clarendon Hills, IL 60514** | **Chris Clark** | ☐ D _____<br>■ E/F  **3.11**<br>☐ G _____ |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **MENZA FOODS, LLC** | Case number *(if known)* | |
|---|---|---|---|

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.6 | Stephen A. Menza | 30 Gilbert Ave. Clarendon Hills, IL 60514 | Cathy L. Fregeau | ☐ D _____ ■ E/F __3.9__ ☐ G _____ |
| 2.7 | Stephen A. Menza | 30 Gilbert Ave. Clarendon Hills, IL 60514 | Daniel Barry | ■ D __2.2__ ☐ E/F _____ ☐ G _____ |
| 2.8 | Stephen A. Menza | 30 Gilbert Ave. Clarendon Hills, IL 60514 | David P. Clark | ☐ D _____ ■ E/F __3.14__ ☐ G _____ |
| 2.9 | Stephen A. Menza | 30 Gilbert Ave. Clarendon Hills, IL 60514 | Dennis Kladis | ☐ D _____ ■ E/F __3.15__ ☐ G _____ |
| 2.10 | Stephen A. Menza | 30 Gilbert Ave. Clarendon Hills, IL 60514 | E. Michael and Karen Ostermeier | ☐ D _____ ■ E/F __3.17__ ☐ G _____ |
| 2.11 | Stephen A. Menza | 30 Gilbert Ave. Clarendon Hills, IL 60514 | Eric Ostermeier | ☐ D _____ ■ E/F __3.19__ ☐ G _____ |
| 2.12 | Stephen A. Menza | 30 Gilbert Ave. Clarendon Hills, IL 60514 | Eric Ostermeier | ■ D __2.3__ ☐ E/F _____ ☐ G _____ |
| 2.13 | Stephen A. Menza | 30 Gilbert Ave. Clarendon Hills, IL 60514 | ESM Investments, LLC | ☐ D _____ ■ E/F __3.20__ ☐ G _____ |

| Debtor | **MENZA FOODS, LLC** | Case number *(if known)* | |
|--------|----------------------|--------------------------|--|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor** | *Column 2:* **Creditor**

| 2.14 | Stephen A. Menza | 30 Gilbert Ave. Clarendon Hills, IL 60514 | John Wasz | ☐ D _____ ■ E/F __3.30__ ☐ G _____ |
|------|------------------|-------------------------------------------|-----------|--|

| 2.15 | Stephen A. Menza | 30 Gilbert Ave. Clarendon Hills, IL 60514 | Karen Brennan | ☐ D _____ ■ E/F __3.31__ ☐ G _____ |

| 2.16 | Stephen A. Menza | 30 Gilbert Ave. Clarendon Hills, IL 60514 | Kevin Dowdle | ☐ D _____ ■ E/F __3.32__ ☐ G _____ |

| 2.17 | Stephen A. Menza | 30 Gilbert Ave. Clarendon Hills, IL 60514 | Kevin S. Ostermeier | ☐ D _____ ■ E/F __3.33__ ☐ G _____ |

| 2.18 | Stephen A. Menza | 30 Gilbert Ave. Clarendon Hills, IL 60514 | Moose Joke, LLC | ☐ D _____ ■ E/F __3.38__ ☐ G _____ |

| 2.19 | Stephen A. Menza | 30 Gilbert Ave. Clarendon Hills, IL 60514 | Multivac, Inc. | ■ D __2.4__ ☐ E/F _____ ☐ G _____ |

| 2.20 | Stephen A. Menza | 30 Gilbert Ave. Clarendon Hills, IL 60514 | National Lift Truck | ☐ D _____ ■ E/F __3.39__ ☐ G _____ |

| 2.21 | Stephen A. Menza | 30 Gilbert Ave. Clarendon Hills, IL 60514 | Patrick Walsh | ☐ D _____ ■ E/F __3.43__ ☐ G _____ |

Official Form 206H | Schedule H: Your Codebtors | Page 3 of 5

| Debtor | **MENZA FOODS, LLC** | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.22 | Stephen A.<br>Menza | 30 Gilbert Ave.<br>Clarendon Hills, IL 60514 | Retail Capital d/b/a<br>Credibly | ■ D __2.5__<br>☐ E/F _____<br>☐ G _____ |
| 2.23 | Stephen A.<br>Menza | 30 Gilbert Ave.<br>Clarendon Hills, IL 60514 | Stephen Passaneau | ☐ D _____<br>■ E/F __3.50__<br>☐ G _____ |
| 2.24 | Stephen A.<br>Menza | 30 Gilbert Ave.<br>Clarendon Hills, IL 60514 | Thomas J. Blew | ☐ D _____<br>■ E/F __3.51__<br>☐ G _____ |
| 2.25 | Stephen A.<br>Menza | 30 Gilbert Ave.<br>Clarendon Hills, IL 60514 | Thomas Jepsen | ☐ D _____<br>■ E/F __3.52__<br>☐ G _____ |
| 2.26 | Stephen A.<br>Menza | 30 Gilbert Ave.<br>Clarendon Hills, IL 60514 | Thomas Jepsen,<br>CPA, CFP | ☐ D _____<br>■ E/F __3.53__<br>☐ G _____ |
| 2.27 | Stephen A.<br>Menza | 30 Gilbert Ave.<br>Clarendon Hills, IL 60514 | William Ryan | ☐ D _____<br>■ E/F __3.59__<br>☐ G _____ |
| 2.28 | Stephen A.<br>Menza | 30 Gilbert Ave.<br>Clarendon Hills, IL 60514 | William T. Barry | ■ D __2.6__<br>☐ E/F _____<br>☐ G _____ |
| 2.29 | Stephen A.<br>Menza | 30 Gilbert Ave.<br>Clarendon Hills, IL 60514 | William T. Barry | ☐ D _____<br>■ E/F __3.60__<br>☐ G _____ |

| Debtor | **MENZA FOODS, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.30 | Stephen A. Menza | 30 Gilbert Ave. Clarendon Hills, IL 60514 | William T. Barry Revocable Trust | ☐ D _____ ■ E/F __3.61__ ☐ G _____ |
| 2.31 | Stephen A. Menza | 30 Gilbert Ave. Clarendon Hills, IL 60514 | William Alberti | ☐ D _____ ■ E/F __3.58__ ☐ G _____ |
| 2.32 | Stephen A. Menza | 30 Gilbert Ave. Clarendon Hills, IL 60514 | LC&F Enterprises, Inc. | ☐ D _____ ☐ E/F _____ ■ G __2.1__ |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **MENZA FOODS, LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

| Part 1: | Income |
| --- | --- |

1. **Gross revenue from business**

   ☐ None.

| **Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year** | **Sources of revenue**<br>Check all that apply | **Gross revenue**<br>(before deductions and exclusions) |
| --- | --- | --- |
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2017** to **Filing Date** | ■ Operating a business<br>☐ Other | **$0.00** |
| **For prior year:**<br>From  **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other | **$627,975.77** |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | **Description of sources of revenue** | **Gross revenue from each source**<br>(before deductions and exclusions) |
| --- | --- | --- |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
| --- | --- |

3. **Certain payments or transfers to creditors within 90 days before filing this case**

   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

| **Creditor's Name and Address** | **Dates** | **Total amount of value** | **Reasons for payment or transfer**<br>*Check all that apply* |
| --- | --- | --- | --- |

| Debtor | MENZA FOODS, LLC | Case number *(if known)* |
|---|---|---|

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **National Lift Truck**<br>**3333 Mt. Prospect Road**<br>**Franklin Park, IL 60131** | repossessed leased fork lift | **January 2017** | $0.00 |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| **Part 3:** | **Legal Actions or Assignments** |
|---|---|

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Eric Ostermeier, et al. v. Menza Foods, LLC, et al.**<br>**2014 L 460** | breach of contract | **Circuit Court of DuPage County** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.2. | **Dennis N. Kladis v. Stephen A. Menza and Menza Foods, LLC**<br>**15 L 000680** | breach of contract | **Circuit Court of Cook County** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **340 Shore Drive LLC v. Menza Foods**<br>**2016 LM 001014** | forcible entry and detainer | **Circuit Court of DuPage** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.4. | **Marlee Seafood LLC v. Menza Foods, LLC**<br>**1733SC000289** | breach of contract | **Trial Court of Massachusetts**<br>**New Bedford District Court**<br>**75 North Sixth Street**<br>**New Bedford, MA 02740** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor   **MENZA FOODS, LLC**                                          Case number *(if known)*

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.5. **O'Brien Corporation v. Menza Foods, LLC**<br>**16 SR 621** | **breach of contract/Citation to discover assets** | **Circuit Court of DuPage** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:     Certain Gifts and Charitable Contributions**

**9.** **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:     Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:     Certain Payments or Transfers**

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. **Springer Brown, LLC**<br>**300 S. County Farm Road**<br>**Suite I**<br>**Wheaton, IL 60187** | **Attorney Fees** | **3/3/17** | **$2,500.00** |
| **Email or website address**<br>**www.springerbrown.com** | | | |
| **Who made the payment, if not debtor?** | | | |

Debtor    **MENZA FOODS, LLC**                                    Case number *(if known)* _____

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.2. **Springer Brown, LLC**<br>**300 S. County Farm Road**<br>**Suite I**<br>**Wheaton, IL 60187** | **Filing fee** | **2/21/17** | **$335.00** |
| **Email or website address**<br>**www.springerbrown.com** | | | |
| **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **LC&F Enterprises, Inc.**<br>**c/o Lonnie Peterson**<br>**20 Willow Bay Road**<br>**South Barrington, IL 60010** | **In connection with itss purchase of the Shore Drive real estate, LC&F purchased substantially all of the machinery and equipment, furniture and other hard assets of the Debtor for $225,000,, which funds were paid to the secured creditors, Daniel and William Barry.** | **9/7/2016** | **$225,000.00** |
| | **Relationship to debtor** | | | |

**Part 7:**  **Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:**  **Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

Debtor    **MENZA FOODS, LLC**                                        Case number *(if known)*

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Bank of America** | **XXXX-5512** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | | $0.00 |
| 18.2. | **Burr Ridge Bank** | **XXXX-1830** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | | $0.00 |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **MENZA FOODS, LLC**                                         Case number *(if known)*

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

---

**Part 11:**    **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

---

**Part 12:**    **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
   *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

   *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

   *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

    ■ No.
    ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:**    **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

---

Debtor   **MENZA FOODS, LLC**                                                        Case number (if known) _____

---

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| **26a.1.   Thomas A. Jepsen, CPA**<br>**1412 Ridgewood Circle**<br>**Downers Grove, IL 60516-1787** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Stephen A. Menza** | **30 Gilbert Avenue**<br>**Clarendon Hills, IL 60514** | **Managing member** | **73.63 percent membership interest** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **F2 LLC** | **340 Shore Drive**<br>**Burr Ridge, IL 60527** | **minority member - owned by 10 investors** | **26.37 percent** |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No

☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

Debtor    **MENZA FOODS, LLC**                                    Case number *(if known)*

☑ No

☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March  3, 2017**

/s/ Stephen A. Menza                                    Stephen A. Menza
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **President/Managing member**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
☑ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Northern District of Illinois

In re **MENZA FOODS, LLC**

Debtor(s)

Case No.

Chapter **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 2,500.00 |
| Prior to the filing of this statement I have received | $ | 2,500.00 |
| Balance Due | $ | 0.00 |

2. $ **335.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor    ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **March  3, 2017** | **/s/ David R. Brown** |
| *Date* | **David R. Brown 3122323** |
| | *Signature of Attorney* |
| | **Springer Brown, LLC** |
| | **300 S. County Farm Road** |
| | **Suite I** |
| | **Wheaton, IL 60187** |
| | **630-510-0000  Fax: 630-510-0004** |
| | **www.springerbrown.com** |
| | *Name of law firm* |

---

# United States Bankruptcy Court
## Northern District of Illinois

In re   **MENZA FOODS, LLC**                                                           Case No.
                                                    Debtor(s)          Chapter   **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                                   **82**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **March  3, 2017**                          **/s/ Stephen A. Menza**
                                                    **Stephen A. Menza/President/Managing member**
                                                    Signer/Title

340 Shore Drive LLC
1241 Shoreline Drive
Willowbrook, IL 60527


Air Liquide Industrial US, LP
2700 Post Oak Blvd.
Houston, TX 77056


American Express
PO Box 0001
Los Angeles, CA 90096-8000


Arco Plumbing Co.
206 N Cass Ave
Westmont, IL 60559


Atlas Employment Services, Inc.
9458 W Irving Park Road
Schiller Park, IL 60176


Auto-Chlor System of Mid South Chic
2295 S Mount Prospect Rd
Des Plaines, IL 60017


Bronson & Bratton, Inc.
220 Shore Drive
Burr Ridge, IL 60527


Bunge North America
2612 solution Center
Chicago, IL 60677-2006


Butler Production Services
8737 W Chestnut Court
Frankfort, IL 60423


Caine & Weiner
1699 East Woodfield Road
Suite 360
Schaumburg, IL 60173


Cathy L. Fregeau
269 Green Mountain
Bolingbrook, IL 60440

Chicago Suburban Express
PO Box 388568
Chicago, IL 60638


Chris Clark
828 Vine Street
Park Ridge, IL 60068


Cintas Corporation
PO Box 88005
Chicago, IL 60680-1005


Credit Corp Solutions, Inc.
180 Election Road
Suite 200
Draper, UT 84020


Cryovac
100 Rogers Bridge Rd
Building A
Duncan, SC 29334


Daniel Barry
26W292 Tuckaway Court
Winfield, IL 60190


Daniel Barry
26 W 292 Tuckaway Court
Winfield, IL 60190


Daniel J. Stoller
Korey Richardson LLC
20 S. Clark Street, Suite 500
Chicago, IL 60603


David P. Clark
758 Elmore Street
Park Ridge, IL 60068


Dennis Kladis
333 N. Canal Street
#3501
Chicago, IL

Don Levy Laboratories
11165 Delaware Parkway
Crown Point, IN 46307


E. Michael and Karen Ostermeier
524 Flock Ave
Naperville, IL 60565


Eagle Products, Inc.
3661 South Iron
Chicago, IL 60609


Eric Ostermeier
524 Flock Avenue
Naperville, IL 60565


ESM Investments, LLC
c/o Patrick J. Kelly, Esq.
20 E. Jefferson, Suite 24
Naperville, IL 60540


Fornaro Law
1022 S. LaGrange Road
La Grange, IL 60525


Global Military Marketing
1288 Country Club Road
Gulf Breeze, FL 32563


Gordon Food Service
PO Box 88029
Chicago, IL 60680-1029


Graeme Family Ltd. Partnership
120 E. 8th Street
Hinsdale, IL 60521


Great Lakes Coca Cola
Distribution LLC
33076 Collection Center Drive
Chicago, IL 60680-0330


Green Bay Packaging, Inc.
3601 Runge Street
Franklin Park, IL 60131

GS1 US, Inc.
Dept 781271
PO Box 78000
Detroit, MI 48278-1271


Harvey Pallets Inc.
PO Box 1155
Bedford Park, IL 60499-1155


Hunter Warfield, Inc.
4645 South Lakeshore Drive
#11
Tempe, AZ 85282-7152


Impact Innovations, Inc.
PO Box 426
Clara City, MN 56222-2000


John M. Coyne
651 Orchard Street
Suite 312
New Bedford, MA 02744


John Wasz
550 Fairfield Drive
Louisville, KY 40206


Karen Brennan
3125 Griggsview Court
Columbus, OH 43221


Kevin Dowdle
1834 N. Sedgwick
Chicago, IL 60614


Kevin S. Ostermeier
c/o Karen L. Ostermeier
524 Flock Avenue
Naperville, IL 60565


L. Rogers Construction
PO Box 204
Downers Grove, IL 60515

LC&F Enterprises, Inc.
c/o Lonnie Peterson
20 Willow Bay Road
South Barrington, IL 60010


Major Appliance Service
4330 Prescott Avenue
Lyons, IL 60534


Marlees Seafood, LLC
10 N Front Street
New Bedford, MA 02740


Mart Management
2090 Palm Beach Lakes Blvd.
Suite 701
West Palm Beach, FL 33409


McMaster-Carr
PO Box 7690
Chicago, IL 60680-7690


Michael Davis Weis, Esq.
PO Box 1166
Northbrook, IL 60065-1166


Momkus McCluskey
1001 Warrenville Road
Suite 500
Lisle, IL 60532


Moose Joke, LLC
1241 Shoreline Drive
Aurora, IL 60504


Multivac, Inc.
11021 NW Pomona Ave.
Kansas City, MO 64153


National Lift Truck
3333 Mt. Prospect Road
Franklin Park, IL 60131

NSF International
Dept. Lockbox #771380
PO Box 77000
Detroit, MI 48277-1380


O'Brien Corporation
3620 Swenson Avenue
Saint Charles, IL 60174


Old Hickory Smokehouse, Inc.
1589 High Point Drive
Elgin, IL 60123


Patrick Walsh
231 Eastern Avenue
Clarendon Hills, IL 60514


Pedersen & Houpt
161 N. Clark Street
Suite 2700
Chicago, IL 60601


RAC Refrigeration Systems, Inc.
19091 W Casey Road
Libertyville, IL 60048


Retail Capital d/b/a Credibly
1250 Kirts Blvd
Suite 100
Troy, MI 48084


Retail Capital d/b/a Credibly
915 Broadway
Suite 1003
New York, NY 10010


Ron's Staffing Services
666 Dundee Road
Suite 103
Northbrook, IL 60062


Ruprecht Company
1301 Allanson Road
Mundelein, IL 60060

Sesotec Inc.
1234 Hardt Circle
Bartlett, IL 60103


SPS Commerce, Inc.
333 South SEventh ST.
Suite 1000
Minneapolis, MN 55402


Stein & Rotman


Stein & Rotman
77 W. Washington St.
Suite 1105
Chicago, IL 60602-2801


Stephen A. Menza
30 Gilbert Ave.
Clarendon Hills, IL 60514


Stephen Passaneau
2020 N. Lincoln Park West
#36G
Chicago, IL 60614


Synter Resource Group LLC
5935 Rivers Ave
Suite 102
Charleston, SC 29406-6071


Thomas J. Blew
1416 S. Prairie Ave
Chicago, IL 60605


Thomas Jepsen
1412 Ridgewood Circle
Downers Grove, IL 60516


Thomas Jepsen, CPA, CFP
1412 Ridgewood Circle
Downers Grove, IL 60516

Total Staffing Solutions
Po Box 5665
Naperville, IL 60567-5665


Transworld
507 Prudential Rd.
Horsham, PA 19044


US Foods, Inc.
Box 98420
Chicago, IL 60693-8420


USF Holland
750 E. 40th Street
PO Box 9021
Holland, MI 49422


WebBank
215 S. State Street
Suite 1000
Salt Lake City, UT 84111-1000


William Alberti
13413 Spectrum
Irvine, CA 92618


William Ryan
13413 Spectrum
Irvine, CA 92618


William T. Barry
1472 S. Prairie
Chicago, IL 60605


William T. Barry Revocable Trust
1160 S. Michigan Ave.
Chicago, IL 60605


Wingren Landscape, Inc.
5126 Walnut Avenue
Downers Grove, IL 60515

# United States Bankruptcy Court
## Northern District of Illinois

In re   **MENZA FOODS, LLC**

Debtor(s)

Case No.

Chapter   **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **MENZA FOODS, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**March  3, 2017**

Date

**/s/ David R. Brown**

**David R. Brown 3122323**

Signature of Attorney or Litigant

Counsel for   **MENZA FOODS, LLC**

**Springer Brown, LLC**
**300 S. County Farm Road**
**Suite I**
**Wheaton, IL 60187**
**630-510-0000 Fax:630-510-0004**
**www.springerbrown.com**